FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0305

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0305

_____

REECE WANDLER,

Petitioner,

v.

CAPT. JASON KOWALSKI,

Respondent.

ORDER

FILED

JUL 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Representing himself in his filed Petition for Writ of Habeas Corpus, Reece Wandler states that he did not receive 88 days of credit for time served from the Second Judicial District Court, Butte-Silver Bow County. He requests that his October 12, 2022 sentence be re-calculated. We ordered the State to respond to the petition, and its response has been filed. The State agrees with Wandler and requests that this matter be remanded to the District Court for entry of an amended dispositional order.

Wandler was charged with felony theft in September 2021, and entered a guilty plea upon the State's recommendation of a three-year deferred imposition of sentence, which the Butte-Silver Bow County District Court imposed. Wandler was arrested for alleged violation of probationary conditions on July 18, 2022. The State petitioned to revoke his deferred sentence, and the District Court issued a bench warrant, which was served on Wandler on July 29, 2022, in Missoula County. At a hearing on August 17, Wandler admitted the violations, and the District Court revoked his deferred imposition of sentence, imposing a three-year term to the Department of Corrections.

The State states that Wandler is entitled to credit for time served from his July 18, 2022 arrest on the probation violation hold until the October 12, 2022 imposition of his sentence upon revocation. The State also notes that Wandler had a one-day jail hold on January 3, 2022. The State explains that the court was aware Wandler was entitled to credit

for time served and, in its Order Revoking Deferred Sentence, stated that "the Defendant shall receive credit for time served in this matter." However, the amount of credit was not specified in the Order.

We conclude it is appropriate to remand the matter to the District Court for amendment of its Order Revoking Deferred Sentence, to reflect the amount of credit for time served. *State v. Heafner*, 2010 MT 87, ¶ 11, 356 Mont. 128, 231 P.3d 1087. Therefore,

IT IS ORDERED that Wandler's Petition for Writ of Habeas Corpus is GRANTED in part and Wandler's underlying criminal matter, Cause No. DC-21-244, is REMANDED to the Second Judicial District Court, Butte-Silver Bow County, to AMEND its Order Revoking Deferred Sentence to include the 88 days of credit for time served.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Robert J. Whelan, District Court Judge; Beth Parks, Clerk of Court, under Cause No. DC-21-4244; counsel of record, and Reece Wandler personally.

DATED this 23rd day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2